UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSEPH DOUGLAS,

                        Plaintiff,

    vs                                          9:07-CV-80

D. SKELLIE, et al.,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

JOSEPH DOUGLAS
99-A-0144
Plaintiff, pro se
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871

HON. ANDREW M. CUOMO                KRISTA A. ROCK, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224-0341

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983. On March 11, 2009, the Honorable Gustave J. DiBianco, United States Magistrate Judge, advised, by Report-Recommendation, that defendants' motion for summary judgment be granted, and the complaint be dismissed in its entirety. No objections to the Report-Recommendation were filed.

Based upon a careful review of entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  See 28 U.S.C. § 636(b)(1).  Accordingly, it is

ORDERED that defendants' motion for summary judgment is GRANTED and the complaint is DISMISSED in its entirety.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  April 1, 2009
            Utica, New York.